UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JULIE ANN SMITH,
    Plaintiff,

v.                                CASE NO.: 1:20-cv-00141-RH-GRJ

HUNTER WARFIELD, INC.,
    Defendant.
_____/

## MEDIATOR'S NOTICE OF IMPASSE

James R. Betts, the undersigned mediator, advises this court that the parties' mediation conference on April 6, 2021, attended by Alexander J. Taylor, Esq. (video), Ms. Julie Ann Smith (video), Sangeeta G. Philip-Spengler, Esq. (video) and Mr. Rich Stoltenborg (video), resulted in an impasse.

### Certificate of Service

I hereby certify that on April 6, 2021 by using the CM/ECF system I electronically filed a copy of this notice with the Clerk of the District Court, and served true copies of this notice upon the following:

Alexander J. Taylor, Esq.        Sangeeta G. Philip-Spengler, Esq.
ataylor@sulaimanlaw.com       spspengler@gsgfirm.com

_____
James R. Betts, Esq.
FBN 327786
Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida 33606-2903
(813) 254-3302
(813) 254-5322 fax
JBETTS@TAMPABAY.RR.COM