## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

JULIE ANN SMITH,

    Plaintiff,

v.

                              Case No. 1:20-cv-00141-RH-GRJ

HUNTER WARFIELD, INC.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJDUICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JULIE ANN SMITH, and Defendant, HUNTER WARFIELD, INC., through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: June 17, 2021

Respectfully submitted,

/s/ Alexander J. Taylor
Alexander J. Taylor, Esq.
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8180
Fax: (630) 575-8188
mbadwan@sulaimanlaw.com
**COUNSEL FOR PLAINTIFF**

/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN: 0026555
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Direct: (813) 251-3688
Fax: (813) 251-3675
cmchale@gsgfirm.com
**COUNSEL FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*
Alexander J. Taylor